# United States Bankruptcy Court
### District of Arizona

In re **Scott D Mendez**  
Debtor(s)

Case No. _____  
Chapter **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

- ☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ■ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Scott D Mendez**, declares the foregoing to be true and correct under penalty of perjury.

Date **October 2, 2009**  
Signature **/s/ Scott D Mendez**  
**Scott D Mendez**  
Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Certificate Number: 03088-AZ-CC-008051605

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 18, 2009, at 10:26 o'clock AM CDT,

Scott Mendez received from

Debt Education and Certification Foundation,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Arizona, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: August 18, 2009      By      /s/Ryan V. Downing

                           Name    Ryan V. Downing

                           Title   Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).