# Notice Recipients

District/Off: 0970−2    User: admin    Date Created: 01/11/2010
Case: 2:09−bk−24806−SSC    Form ID: b18    Total: 28

**Recipients of Notice of Electronic Filing:**
aty   JONATHAN B. FRUTKIN   jfrutkin@frutkinlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | SCOTT D MENDEZ | 330 N. LAUREL AVE. | PHOENIX, AZ 85007 |
| tr | CONSTANTINO FLORES | PO BOX 511 | PHOENIX, AZ 85001−0511 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY &LITIGATION | 1600 W. MONROE, 7TH FL.   PHOENIX, AZ 85007−2650 |
| 8519634 | Alberta Marie Young | c/o Favour Moore &Wilhelmsen, P.A. | PO Box 1391   Prescott AZ 86302 |
| 8519635 | Bonded Collections | 8712 E Valley Rd Ste A | Prescott Valley AZ 86314 |
| 8519636 | Bureau Of Med Econcs | 326 E Coronado Rd | Phoenix AZ 85004 |
| 8519637 | Er Solutions | Po Box 9004 | Renton WA 98057 |
| 8531764 | FORD MOTOR CREDIT COMPANY | C/O SEIDBERG LAW OFFICES, P.C. | P.O. BOX 7290   PHOENIX AZ 85011 |
| 8519638 | Favour Moore &Wilhelmsen, P.A. | PO Box 1391 | Prescott AZ 86302 |
| 8519639 | Ford Motor Credit Corporation | National Bankruptcy Center | Po Box 537901   Livonia MI 48153 |
| 8519640 | Gemb/ktm | Po Box 981439 | El Paso TX 79998 |
| 8519641 | Genesis Financial Solu | Po Box 4865 | Beaverton OR 97076 |
| 8519642 | Healthcare Coll Inc | 2432 W Peoria Ave # 4−10 | Phoenix AZ 85029 |
| 8519643 | IRS | Ogden UT 84201−0025 | |
| 8519644 | Jennifer Mendez | 4000 E Huntington Dr | Flagstaff AZ 86004 |
| 8519645 | Kenneth R. Stanley | 3775 E. Huntington Dr. | Flagstaff AZ 86004 |
| 8519646 | Law Office of Robert J. Launders, P.C. | 6719 E Second St, Suite B | Prescott Valley AZ 86314 |
| 8519647 | Nco Financial Systems | 507 Prudential Rd | Horsham PA 19044 |
| 8582752 | PRESTO AUTO LOANS | 6534 N. 27TH AVE. | PHOENIX, AZ 85017 |
| 8519648 | Presto Auto Loans | 2641 W Indian School Rd | Phoenix AZ 85017 |
| 8519649 | Sallie Mae | Attn: Claims Dept   Po Box 9500 | Wilkes Barre PA 18773 |
| 8519650 | Sst/cigpf1corp | 4315 Pickett Rd | Saint Joseph MO 64503 |
| 8519651 | Sst/columbus Bank | Po Box 84024 | Columbus GA 31908 |
| 8519652 | The Reed Law Firm, PLLC | 9 West Cherry Ave.   Suite A | Flagstaff AZ 86001 |
| 8519653 | Usa Funds/sallie Mae Servicing | Attn: Bankruptcy   11100 Usa Parkway | Fishers IN 46037 |
| 8519654 | Williams &Fudge Inc | 300 Chatham Ave Ste 201 | Rock Hill SC 29730 |
| 8519655 | Windham Professionals | 380 Main St | Salem NH 03079 |

TOTAL: 27